

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00130-CV

---

Boss Lady Pub and Maria Elena Olvera, Appellants

v.

The State of Texas, ex rel. El Paso County Attorney Christina Sanchez, Appellee

---

On Appeal from the 448th District Court
El Paso County, Texas
Trial Court No. 2025DCV5439

---

## MEMORANDUM OPINION

Appellants, Boss Lady Pub and Maria Elena Olvera, filed a notice of appeal from the trial court's order on March 26, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code Ann. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in

Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On March 27, 2026, the Clerk of this Court notified Appellants that this appeal could be dismissed if they failed to pay the filing fees by April 9, 2026. The Clerk further notified Appellants that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellants neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). We dismiss any pending motions as moot.

MARIA SALAS MENDOZA, Chief Justice

April 20, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.